IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEFFERY SCOTT MARKS,** **# 13963-003,** Petitioner, vs. **UNITED STATES OF AMERICA,** Respondent. | **CRIMINAL NO. 14-00054-CG-B** **CIVIL ACTION NO. 19-55-CG-B** |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 11, 2021 (Doc. 464) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Jeffery Scott Marks' Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Docs. 400, 403) is **DISMISSED with prejudice** as time-barred, and that Marks is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 30th day of June, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE