# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JEFFERY SCOTT MARKS,** ) <br> **# 13963-003,** ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> Respondent. ) | **CRIMINAL NO. 14-00054-CG-B** <br> **CIVIL ACTION NO. 19-55-CG-B** |

## JUDGMENT

In accordance with the Order entered this date dismissing Petitioner Jeffery Scott Marks's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 as time-barred, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent United States of America and against Petitioner Marks**,** and that Petitioner Marks is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 30th day of June, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE